# SUPREME JUDICIAL COURT

FOR THE

COUNTY OF WORCESTER, OCTOBER TERM 1827,
AT WORCESTER.

PRESENT:

Hon. ISAAC PARKER, Chief Justice,
Hon. SAMUEL PUTNAM, ⎱
Hon. SAMUEL S. WILDE, ⎰ Justices.
Hon. MARCUS MORTON, ⎰

Eunice Belcher *versus* Andrew H. Ward *et al.*

Oct. term
1826.

This was an action of *assumpsit* brought originally before a justice of the peace. Ward filed a plea in abatement, which upon demurrer was held bad. Upon an appeal to the Court of Common Pleas it was ordered that the action should abate. The plaintiff thereupon appealed to this Court, instead of filing exceptions; and now the Court held that an appeal did not lie, and the action was dismissed.

*Brigham*, in support of the appeal, referred to *St.* 1820, c 79, § 6; 1782, c. 11, § 2; 1783, c. 42, § 6; 1784, c. 28, § 3; 6 Bac. Abr. 382.

*Newton, contrà*, cited *Commonwealth* v. *Messenger*, 4 Mass. R. 462